```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         FEB 25 2009

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN DERRAL FINCH,                     )   Case No. ED CV 06-789-AHM (PJW)
                                        )
                Petitioner,             )
                                        )   J U D G M E N T
        v.                              )
                                        )
DERRICK L. OLLISON, WARDEN,             )
                                        )
                Respondent.             )
_____)

        Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

        DATED:   _____February 24, 2009_____.



                                        _____
                                        A. HOWARD MATZ
                                        UNITED STATES DISTRICT JUDGE




S:\PJW\Cases-State Habeas\FINCH\Judgment.wpd